

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 29, 2025

VIA ECF
Hon. Arun Subramanian
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re:  *Gusev* v. *Varghese*, 25 Civ. 7113 (AS)

Dear Judge Subramanian:

      This Office represents the government in this action in which the plaintiff seeks an order compelling United States Citizenship and Immigration Services ("USCIS") to adjudicate an Application For Asylum and Withholding of Removal (Form I-589).  I write respectfully to request that the Court adjourn the initial pretrial conference presently scheduled for October 6, 2025, at 11:30 a.m., to a ~~date on or after~~ November 3, 2025, that is convenient to the Court and the parties (with a corresponding extension of time for the preconference submissions).  *See* ECF No. 6.

      The reason for the request is that the Government received the summons and complaint on September 4, 2025. Accordingly, the government's answer is not due until November 3, 2025. The government needs sufficient time to obtain information from USCIS (and for USCIS to locate and obtain the relevant administrative file), analyze the allegations in the complaint and its response to those allegations, as well as to determine next steps in this matter, which would be relevant to the preconference submissions and a meaningful pretrial conference.  This is the government's first request for an adjournment of the initial pretrial conference.  The government has attempted to contact counsel for plaintiff concerning this request, via email, on September 26, 2025, and September 29, 2025, but, as of the submission of this letter, has not received a response. Further, the undersigned attempted to call plaintiff's counsel on September 29, 2025, but was informed that counsel was not in the office and that the best way to reach her was by email at the email address that the undersigned had previously used.

GRANTED as modified. The time and location remain the same on the new date.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 8.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 30, 2025

Page 2

I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:   <u>/s/ *Jacob M. Bergman*</u>
JACOB M. BERGMAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2776
E-mail: jacob.bergman@usdoj.gov

cc: Counsel of record (via ECF)