

*United States Attorney*

> GRANTED. The conference is adjourned to December 3, 2025 and the government's deadline to respond is extended to December 3, 2025 (with a corresponding extension in the deadline to make pre-conference filings). The time and location remain the same.

*86 Chambers Street*
*New York, New York 10007*

October 30, 2025

> Plaintiff is instructed, **on or before November 3, 2025**, to either (1) voluntarily dismiss this action given the scheduling of the interview or (2) show cause why this action is not moot.

VIA ECF
Hon. Arun Subramanian
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

> The Clerk of Court is respectfully directed to terminate the motion at ECF No. 11.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: October 30, 2025

Re:  *Gusev* v. *Varghese*, 25 Civ. 7113 (AS)

Dear Judge Subramanian:

    This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an Application For Asylum and Withholding of Removal ("Asylum Application"). I write respectfully to request that: (1) the Court adjourn the initial pretrial conference presently scheduled for November 3, 2025, at 11:30 a.m., to a date on or after December 3, 2025, that is convenient to the Court and the parties (with a corresponding extension of time for the preconference submissions), *see* ECF No. 10; and (2) to extend the government's deadline to answer or otherwise respond to plaintiff's complaint to December 3, 2025.

    The reason for the request is that plaintiff's asylum interview was recently scheduled for November 3, 2025, which renders this action moot. Specifically, plaintiff seeks a writ of mandamus directing USCIS to schedule and complete the adjudication of his Asylum Application. On September 30, 2025, USCIS issued a notice scheduling plaintiff's asylum interview for November 3, 2025. I received a copy of this notice on October 10, 2025, and, that same day, I emailed the notice to counsel for plaintiff. Given that USCIS has scheduled an interview on plaintiff's application, this action is moot. *See, e.g.*, *Shashiashvili v. Garland*, No. 24-CV-7666 (BMC), 2025 WL 16577, at *2 (E.D.N.Y. Jan. 2, 2025) (noncitizen's request for order compelling USCIS to "adjudicate" immigration application was moot because USCIS scheduled plaintiff's interview which "will allow plaintiff's application to move forward, granting him the relief sought in this lawsuit"); *Yusupov v. Mayorkas*, No. 21-CV-4066 (EK), 2021 WL 6105720, at *1 (E.D.N.Y. Dec. 23, 2021) (same).

    The government has attempted to contact counsel for plaintiff concerning this matter, via email, on October 20, 2025, October 27, 2025, and October 29, 2025, but, as of the submission of this letter, has not received a response. Further, I attempted to call plaintiff's counsel on October 28, 2025, and was informed that counsel was not in the office but would get back to me shortly; however, as of the submission of this letter, the government has not received a response. Given this, the government respectfully requests the above extension of its response deadline and adjournment of the initial pretrial conference, which will preserve court and party resources. This is the government's second request for an adjournment of the initial pretrial conference and first request for an extension of time to respond to plaintiff's complaint.

I thank the Court for its consideration of these requests.

                                              Respectfully submitted,

                                              JAY CLAYTON  
                                              United States Attorney

                          By:   */s/ Jacob M. Bergman*  
                                              JACOB M. BERGMAN  
                                              Assistant United States Attorney  
                                              86 Chambers Street, 3rd Floor  
                                              New York, New York 10007  
                                              Tel: (212) 637-2776  
                                              E-mail: jacob.bergman@usdoj.gov

cc: Counsel of record (via ECF)